PROB 12C
(7/93)

Report Date: July 27, 2015

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 27 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Martin Estebtan Rios              Case Number: 0980 2:11CR02059-WFN-1

Address of Offender: Unknown

Name of Supervising Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 2, 2012

Original Offense:       Felon in Possession of a Firearm, 18 U.S.C. § 911(g)(1)

Original Sentence:      Prison 46 months;              Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Pamela J. Byerly               Date Supervision Commenced: April 1, 2015

Defense Attorney:       Roger Peven                    Date Supervision Expires: November 30, 2017

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**:<br><br>On July 22, 2015, Martin Rios violated terms of his supervised release in Coeur d'Alene, Idaho, by failing to appear for intensive outpatient treatment at the Port of Hope facility. |
| 2 | **Special Condition # 21**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days.  You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.<br><br>**Supporting Evidence**:<br><br>On July 27, 2015, Martin Rios violated terms of his supervised release in Coeur d'Alene, Idaho, by being unsuccessfully terminated from the RRC program. On Friday, July 24, 2015, |

Prob12C
**Re: Rios, Martin Estebtan**
July 27, 2015
Page 2

the offender received an incident report for deviating while in the community. According to staff at the RRC, he spent the day stopping off at several private residences in the Spokane, Washington, area. It appears he did not proceed to any location listed on his daily itinerary. An audit of the offender's week showed that he is not actively job searching and not going to any location approved by the RRC staff.

Collateral contact with Carlos Solorza, Director at the Port of Hope, revealed the offender spends most of his time at private homes or in public parking lots while away from the RRC.

As a result of the above-mentioned violations, Mr. Rios was terminated from the residential reentry center effective July 27, 2015.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/27/2015

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/27/2015
Date